(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Inverness Tile, Ltd.** | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**36-3432572** | | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**647 N. Central Ave., Suite 104**<br><br>**Wood Dale, IL 60191** | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Du Page** | | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 | |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other___ | ☐ Clearing Bank | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000+ |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/26/2004
Time: 15:17:01
Debtor: Inverness Tile, Ltd.
Case: 04-02925
Chapter: 7  Rec. # : 3058290
Judge: John Squires
341 mtg: 03/09/2004 @ 03:30pm
Trustee: Gina Krol
```

1:04BK02925-BK001

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Inverness Tile, Ltd.** |

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
**Joel A. Schechter 03122099**
Printed Name of Attorney for Debtor(s)
**LAW OFFICES OF JOEL A. SCHECHTER**
Firm Name
**53 W. Jackson Blvd.**
**Suite 1025**
**Chicago, IL 60604**
Address
**(312)332-0267  Fax: (312)939-4714**
Telephone Number
1/26/04
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**David Murkowski**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
JAN-23, 2004
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)      Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Inverness Tile, Ltd.**                                                        Case No. _____
                                           Debtor(s)                                   Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:           59

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **JAN 23, 2004**

**David Murkowski/President**
Signer/Title

Acme Brick
1405 Belvidere St.
Waukegan, IL 60085

Addison Building Materials
3201 S. Busse Rd.
Arlington Heights, IL 60005

All Tile
1201 Chase Avenue
Elk Grove Village, IL 60007

Allabastro & Assoc.
P.O. Box 774
Lake Forest, IL 60045

American Int'l
850 Pratt Blvd.
Elk Grove Village, IL 60007

American Olean
805 Mark Street
Elk Grove Village, IL 60007

ARC Disposal
P.O. Box 9001822
Louisville, KY 40290-1822

Berlands
1530 Center Circle
Downers Grove, IL 60515

Caravelle Distributing
1615 Greenleaf Ave.
Elk Grove Village, IL 60009

Chicago Tile Institute
725 E. Irving Park Rd., Suite B
Roselle, IL 60172

Com Ed
Bill Payment Center
Chicago, IL 60668-0001

Dal Tile
1501 Estes Ave.
Elk Grove Village, IL 60007

David Murkowski
1 S. Victoria Lane
Streamwood, IL 60107

District Council of Carpenters
12 East Erie Street
Chicago, IL 60611

Emmanuel Egbuna
5406 Alexandria Ln.
Carpentersville, IL 60110

Fasteners Unlimited
951 Old Rand Rd., Unit 108
Wauconda, IL 60084

Florstar
1325 Mittel Blvd.
Elk Grove Village, IL 60007

George Saenz
329 S. Monterey
Villa Park, IL 60181

Home Depot
P.O. Box 103047
Roswell, GA 30076

Home Pages
P.O. Box 801
Dekalb, IL 60115

Ice Mountain
P.O. Box 52214
Phoenix, AZ 85072-2214

IGM
1450 Lunt Ave.
Elk Grove Village, IL 60007

Illini Tile
1300 Touhy
Elk Grove, IL 60191

Illinois Department of Employment S
527 S. Wells
Chicago, IL 60607-3922

Illinois Department of Revenue
Bankruptcy Division, Level 7-400
100 W. Randolph Street
Chicago, IL 60601

Impo
2200 East Devon
Elk Grove Village, IL 60007

Internal Revenue Service
Kansas City, MO 64999

International Trowel Trades
Local 67
P.O. Box 94411
Chicago, IL 60690-4411

International Trowel Trades
Local 67
6425-S Central Ave.
Chicago, IL 60638

James Lapkins
11725 S. Karlov, Apt. 1A
Alsip, IL 60803

James Murkowski
4117 N. Mango
Chicago, IL 60634

Jon Henn
108 B Appletree Ct.
Yorkville, IL 60560

Kent Landsberg
P.O. Box 201319
Dallas, TX 75320-1319


Leo Calabrese, Jr.
1606 LindenPark Ln.
Aurora, IL 60504


Marc P. Lewandowski
4591 Huntington
Hoffman Estates, IL 60195


Melvin Hicks
10051 S. Wood St.
Chicago, IL 60643


Menards
1775 N. Rand Road
Palatine, IL 60074


Michael Berent
15645 Lamon
Oak Forest, IL 60452


Mid America
108 Terrace Drive
Mundelein, IL 60060


Miguel Medina
2711 N. Marmora
Chicago, IL 60639


Mohawk
150 E. Crossroads Pkwy, Suite D
Bolingbrook, IL 60440


Nextel
P.O. Box 1819
Chicago, IL 60675-1819


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020

Randy Stelzer
1923 Reiche Ln.
Mchenry, IL 60050

Robert Cielenski
722 N. Greenwood Dr.
Palatine, IL 60074

Ronald Toppel
13400 Exchange
Lansing, IL 60438

SBC
Bill Payment Center
Chicago, IL 60663-0001

Sean Wiggins
11726 Rogowski
Merrionette Park, IL 60803

Shell Fleet
P.O. Box 9016
Des Moines, IA 50368-9016

Stanley Murkowski
5328 N. Oak Park Ave.
Chicago, IL 60656

Stephen Hacker
205 Dunridge Cir.
East Dundee, IL 60118

Stone Design
598 Mitchell Rd.
Glendale Heights, IL 60139

Tec Forklift
440 Kay Ave.
Addison, IL 60101

The Tile Shop
14000 Carlson Parkway
Plymouth, MN 55441

Thomas Thoma
118 Caddy Ave.
Carpentersville, IL 60110

US Cellular
P.O. Box 0203
Palatine, IL 60055-0203

Vincenzo Taurina
3329 N. Nottingham
Chicago, IL 60634

Walter Frytz
695 Shoreline Rd.
Lake Barrington, IL 60010

Wisconsin Department of Revenue
Attn: Bankruptcy Department
P.O. Box 8906
Madison, WI 53708