**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 04-02925 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | INVERNESS TILE LTD | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2269 BofA - Money Market Account |
| Taxpayer ID No: | *******2572 | | |
| For Period Ending: | 07/11/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 02/18/04 | | Sears<br>3333 Beverly Rd.<br>Hoffman Estates, IL 60179 | | 1121-000 | 540.00 | | 540.00 |
| C 02/27/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.01 | | 540.01 |
| C 03/25/04 | 1 | Lucas-Andre Builders<br>725 N. McKinley Rd.<br>Lake Forest, IL 60045 | Account Receivable | 1121-000 | 325.00 | | 865.01 |
| C 03/25/04 | 2 | State Farm Mutual<br>Bloomington, IL 61709 | Insurance Refund | 1290-000 | 5.02 | | 870.03 |
| C 03/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.05 | | 870.08 |
| C 04/06/04 | 3, 4 | American Auction Associates<br>8515 S. Thomas Ave.<br>Bridgeview, IL 60455 | Proceeds of sale | 1129-000 | 9,868.50 | | 10,738.58 |
| C 04/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.58 | | 10,739.16 |
| C 05/28/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.90 | | 10,740.06 |
| C 06/02/04 | 000301 | Donald Dodge<br>American Auction Associates, Inc.<br>8515 S. Thomas Ave.<br>Bridgeview, IL 60455 | Auctioneer Expenses per Court Order | 3620-000 | | 2,396.60 | 8,343.46 |
| C 06/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.84 | | 8,344.30 |
| C 07/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.70 | | 8,345.00 |

LFORM2T4

Ver: 12.50

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 04-02925 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | INVERNESS TILE LTD | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2269  BofA - Money Market Account |
| Taxpayer ID No: | *******2572 | | |
| For Period Ending: | 07/11/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  08/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.71 | | 8,345.71 |
| C  09/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.68 | | 8,346.39 |
| C  10/29/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.70 | | 8,347.09 |
| C  11/03/04 | 5 | JULIEANN MURKOWSKI<br>1 S. Victoria Lane<br>Streamwood, IL  60107 | 50% Balance of Bank Account | 1129-000 | 600.66 | | 8,947.75 |
| C  11/16/04 | 1 | Heartland Tile & Marble<br>520 Quail Hollow Dr., Ste. 600<br>Wheeling, IL  60090 | A/R<br>Account Receivable due Debtor | 1121-000 | 7,000.00 | | 15,947.75 |
| C  11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.95 | | 15,948.70 |
| C  12/01/04 | 5 | Julieanne Murkowski<br>1 S. Victoria Lane<br>Streamwood, IL  60107 | Balance of Bank Account | 1129-000 | 600.00 | | 16,548.70 |
| C  12/09/04 | 1 | Sears, Roebuck & Co.<br>3333 Beverly Rd.<br>Hoffman Estates, IL  60179 | | 1121-000 | 5,928.55 | | 22,477.25 |
| C  12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.70 | | 22,478.95 |
| C  01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.91 | | 22,480.86 |
| C  02/09/05 | 1 | Lanco Development Company<br>7355 Bannockburn Circle | | 1121-000 | 3,343.30 | | 25,824.16 |

LFORM2T4

Ver: 12.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-02925 -SQU  
Case Name: INVERNESS TILE LTD  
Taxpayer ID No: *******2572  
For Period Ending: 07/11/07  

Trustee Name: GINA B. KROL  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******2269  BofA - Money Market Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform<br>Trans. Code | 6<br>Deposits ($) | 7<br>Disbursements ($) | 8<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Lakewood, IL  60014 | | | | | |
| C  02/15/05 | 1 | Cambridge Homes, Inc.<br>800 S. Milwaukee Ave.<br>Suite 250<br>Libertyville, IL  60048 | | 1121-000 | 6,214.00 | | 32,038.16 |
| C  02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.95 | | 32,043.11 |
| C  03/01/05 | 000302 | International Sureties<br>Suite 1700<br>210 Baronne St.<br>New Orleans, LA  70112 | BOND<br>BOND | 2300-000 | | 22.02 | 32,021.09 |
| C  03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 6.80 | | 32,027.89 |
| C  04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 6.57 | | 32,034.46 |
| C  05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 6.81 | | 32,041.27 |
| C  06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 6.58 | | 32,047.85 |
| C  07/07/05 | 1 | Pulte Home Corporation<br>2250 Point Blvd., Ste. 401<br>Elgin, IL  60123 | | 1121-000 | 28,017.00 | | 60,064.85 |
| C  07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 10.82 | | 60,075.67 |
| C  08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 30.62 | | 60,106.29 |
| C  09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 29.64 | | 60,135.93 |

LFORM2T4

Ver: 12.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-02925 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | INVERNESS TILE LTD | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2269 BofA - Money Market Account |
| Taxpayer ID No: | *******2572 | | |
| For Period Ending: | 07/11/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  10/26/05 | 000303 | Internal Revenue Service<br>2306 E. Bannister, Photocopy Unit<br>Stop 6700, Annex 1<br>Kansas City, MO  64999 | Copies of 1120 199-2002<br>Copies of 1120's 199-2002 | 2990-000 | | 156.00 | 59,979.93 |
| * C  10/26/05 | 000304 | Illinois Department of Revenue<br>Records Management Division 2-202<br>P.O. Box 19014<br>Springfield, IL  62794-9014 | Copies of IL-1120 1999-2002 | 2990-004 | | 20.00 | 59,959.93 |
| C  10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 30.64 | | 59,990.57 |
| C  11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 29.60 | | 60,020.17 |
| C  12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 30.59 | | 60,050.76 |
| C  01/19/06 | 1 | Lakeland Homes<br>River Walk<br>P.O. Box 311<br>Barrington, IL  60011 | | 1121-000 | 10,000.00 | | 70,050.76 |
| * C  01/30/06 | 000304 | Illinois Department of Revenue<br>Records Management Division 2-202<br>P.O. Box 19014<br>Springfield, IL  62794-9014 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 2990-004 | | -20.00 | 70,070.76 |
| C  01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 32.09 | | 70,102.85 |
| C  02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 49.94 | | 70,152.79 |

LFORM2T4

Ver: 12.50

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-02925 -SQU  
Case Name: INVERNESS TILE LTD  
Taxpayer ID No: *******2572  
For Period Ending: 07/11/07  

Trustee Name: GINA B. KROL  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******2269 BofA - Money Market Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 03/01/06 | 000305 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 36.53 | 70,116.26 |
| C 03/13/06 | 000306 | Illinois Department of Revenue<br>P.O. Box 19032<br>Springfield, IL 62794-9032 | 2005 Small Business Corporation Tax | 2820-000 | | 369.00 | 69,747.26 |
| C 03/13/06 | 000307 | Illinois Department of Revenue<br>P.O. Box 19032<br>Springfield, IL 62794-9032 | 2003 Small Business Corporation Tax | 2820-000 | | 144.00 | 69,603.26 |
| C 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 59.43 | | 69,662.69 |
| C 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 57.25 | | 69,719.94 |
| C 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 59.22 | | 69,779.16 |
| C 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 57.35 | | 69,836.51 |
| C 07/17/06 | 000308 | Alan D. Lasko<br>29 S. LaSalle St,. Ste. 434<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 6,830.50 | 63,006.01 |
| C 07/17/06 | 000309 | Alan D. Lasko<br>29 S. LaSalle St., Ste. 434<br>Chicago, IL 60603 | Accounting Expenses per Court Order | 3420-000 | | 43.10 | 62,962.91 |
| C 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 57.24 | | 63,020.15 |

LFORM2T4

Ver: 12.50

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-02925 -SQU  
Case Name: INVERNESS TILE LTD  
Taxpayer ID No: *******2572  
For Period Ending: 07/11/07

Trustee Name: GINA B. KROL  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******2269 BofA - Money Market Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| C 08/10/06 | 6 | State of Illinois | tax refund | 1224-000 | 8.11 | | 63,028.26 |
| C 08/10/06 | 6 | Sate of Illinois | tax refund | 1224-000 | 10.16 | | 63,038.42 |
| C 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 53.53 | | 63,091.95 |
| C 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 51.85 | | 63,143.80 |
| C 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 53.64 | | 63,197.44 |
| C 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 51.94 | | 63,249.38 |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 53.71 | | 63,303.09 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 53.77 | | 63,356.86 |
| C 02/15/07 | 000310 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 48.88 | 63,307.98 |
| C 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 48.59 | | 63,356.57 |
| C 03/05/07 | 000311 | Illinois Department of Revenue<br>P.O. Box 19032<br>Springfield, IL 6279409032 | 2006 Illinois Small Business Corp. | 2990-000 | | 53.00 | 63,303.57 |
| C 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 53.78 | | 63,357.35 |
| C 04/10/07 | 000312 | Alan D. Lasko & Associates<br>29 S. LaSalle St., Ste. 1240 | Accoutant Fees per Court Order | 3410-000 | | 1,116.10 | 62,241.25 |

LFORM2T4

Ver: 12.50

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

| Case No: | 04-02925 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | INVERNESS TILE LTD | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2269 BofA - Money Market Account |
| Taxpayer ID No: | *******2572 | | |
| For Period Ending: | 07/11/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60603 | | | | | |
| C 04/10/07 | 000313 | Alan D. Lasko & Associates<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL 60603 | Accountant Expenses per Court Order | 3420-000 | | 13.45 | 62,227.80 |
| C 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 51.61 | | 62,279.41 |
| C 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 52.89 | | 62,332.30 |
| C 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 51.22 | | 62,383.52 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******2269 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 14 | Deposits | 72,460.30 | 14 | Checks | 11,229.18 |
| 41 | Interest Postings | 1,152.40 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 73,612.70 | | | |
| | | | | Total | $ 11,229.18 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 73,612.70 | | | |

LFORM2T4

Ver: 12.50

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

| Case No: | 04-02925 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | INVERNESS TILE LTD | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2269  BofA - Money Market Account |
| Taxpayer ID No: | *******2572 | | |
| For Period Ending: | 07/11/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature:_____ Date: _____