UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| INVERNESS TILE LTD ) | | Case No. 04-02925-SQU |
| ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 2000, Wheaton, IL  60187

    On: **October 5, 2007**            Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $73,612.70 |
    | Disbursements | $11,229.18 |
    | Net Cash Available for Distribution | $62,383.52 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL<br>*Trustee Compensation* | $0.00 | $6,930.64 | $0.00 |
| CLERK OF US BANKRUPTCY COURT<br>*Clerk of the Court Costs* | $0.00 | $0.00 | $900.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $11,615.85 | $338.62 |

| | | | | |
|---|---|---|---|---|
| ALAN D. LASKO<br>*Accountant for Trustee* | | $8,003.15 | $3,459.20 | $15.10 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $163,758.61 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend to wage claims is anticipated to be 100%. The priority dividend to employee benefit contribution claims is 45.24%. The priority dividend to unsecured tax claims is 0%.

**Allowed §507(a)(3) Wage Claims are**:

| | | | |
|---|---|---|---|
| Matching | Internal Revenue Service | $781.90 | $781.90 |
| Matching | Federal Unemployment Insurance | $100.89 | $100.89 |
| Matching | Internal Revenue Service | $182.86 | $182.86 |
| Matching | State Unemployment Insurance | $807.14 | $807.14 |
| 000003 | Thomas Thoma-wage | $2,029.40 | $2,029.40 |
| 000004 | Randy Stelzer-wage | $2,059.65 | $2,059.65 |
| 000005 | Melvin Hicks-wage | $1,313.40 | $1,313.40 |
| 000006 | Marc P. Lewandowski-wage | $1,540.35 | $1,540.35 |
| 000007 | Berrent, Mike-wage | $342.30 | $342.30 |
| 000008 | George Saenz-wage | $844.00 | $844.00 |
| 000022 | David Murkowski-wage | $769.20 | $769.20 |
| 000031 | Julie Murkowski-wage | $769.20 | $769.20 |
| 000032 | Leo Calabrese, Jr.-wage | $520.00 | $520.00 |
| 000033 | Robert Cielenski-wage | $600.00 | $600.00 |
| 000034 | James Murkowski-wage | $600.00 | $600.00 |
| 000010 | Sean Wiggins-wage | $1,223.85 | $1,223.85 |

**Allowed Priority §507(a)(4) Contribution Claims are:**

| | | | |
|---|---|---|---|
| 000001B | District Council of Carpenters | $19,145.02 | $8,661.52 |
| 000009B | Chicago Tile Institute | $30,707.49 | $13,892.57 |
| 000011B | Bricklayers & Towel Trades Internat | $4,610.55 | $2,085.88 |

**Allowed Priority §507(a)(8) Tax Claims are:**

| | | | |
|---|---|---|---|
| 000002B | Illinois Department Of Employment S | $2,222.62 | $0.00 |
| 000037 | Wisconsin Department Of Revenue | $1,692.52 | $0.00 |
| 000038B | Internal Revenue Service | $83,856.87 | $0.00 |
| 000040B | Illinois Department Of Revenue | $7,039.40 | $0.00 |

7. Claims of general unsecured creditors totaling $309,706.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

**Allowed general unsecured claims are as follows:**

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Wisconsin Department Of Revenue | $578.13 | $0.00 |
| 000001A | District Council Of Carpenters | $2,578.23 | $0.00 |
| 000002A | Illinois Department Of Employment S | $180.00 | $0.00 |
| 000009A | Chicago Tile Institute | $3,899.59 | $0.00 |
| 000011A | Bricklayers & Towel Trades Internat | $950.55 | $0.00 |
| 000012 | The Tile Shop | $7,029.35 | $0.00 |
| 000013 | Stone Design | $1,135.89 | $0.00 |
| 000014 | Walter Frytz | $78,000.00 | $0.00 |
| 000015 | Mohawk Factoring | $11,526.49 | $0.00 |
| 000016 | Fasteners Unlimited | $3,157.38 | $0.00 |
| 000017 | All Tile | $57,709.69 | $0.00 |
| 000018 | Impo | $25,094.37 | $0.00 |
| 000019 | Tec Material Handling Corp | $566.05 | $0.00 |
| 000020 | American Int'L | $2,845.72 | $0.00 |
| 000021 | Citibank South Dakota Na | $1,820.99 | $0.00 |
| 000027 | Robert Cielenski | $15,985.00 | $0.00 |
| 000028 | James Murkowski | $7,935.00 | $0.00 |
| 000029 | Emmanuel Egbuna | $11,500.00 | $0.00 |
| 000030 | Stanley Murkowski | $7,475.00 | $0.00 |
| 000035 | David Murkowski | $39,100.00 | $0.00 |
| 000036 | David Murkowski | $16,000.00 | $0.00 |
| 000038A | Internal Revenue Service | $13,736.88 | $0.00 |
| 000040A | Illinois Department Of Revenue | $902.49 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **September 4, 2007**              For the Court,

                                By:   **KENNETH S GARDNER**
                                      CLERK OF BANKRUPTCY COURT
                                      KENNETH S. GARDNER

Trustee:       Gina B. Krol
Address:       105 West Madison Street
               Suite 1100
               Chicago, IL  60602-0000
Phone No.:     (312) 368-0300