UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| INVERNESS TILE LTD | ) | Case No. 04-02925-SQU |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 2000, Wheaton, IL  60187

    On: **October 5, 2007**           Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $73,612.70 |
    | Disbursements | $11,229.18 |
    | Net Cash Available for Distribution | $62,383.52 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| GINA B. KROL<br>*Trustee Compensation* | $0.00 | $6,930.64 | $0.00 |
| CLERK OF US BANKRUPTCY COURT<br>*Clerk of the Court Costs* | $0.00 | $0.00 | $900.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $11,615.85 | $338.62 |

<u>ALAN D. LASKO</u>                         $8,003.15           $3,459.20           $15.10
*Accountant for Trustee*

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| <u>Applicant</u> | Compensation<br>Previously Paid | Fees Now<br>Requested | <u>Expenses</u> |
|---|---|---|---|
| NONE | | | |

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>163,758.61</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend to wage claims is anticipated to be 100%. The priority dividend to employee benefit contribution claims is 45.24%. The priority dividend to unsecured tax claims is 0%.

**Allowed §507(a)(3) Wage Claims are**:

| Matching | Internal Revenue Service | $781.90 | $781.90 |
|---|---|---|---|
| Matching | Federal Unemployment Insurance | $100.89 | $100.89 |
| Matching | Internal Revenue Service | $182.86 | $182.86 |
| Matching | State Unemployment Insurance | $807.14 | $807.14 |
| 000003 | Thomas Thoma-wage | $2,029.40 | $2,029.40 |
| 000004 | Randy Stelzer-wage | $2,059.65 | $2,059.65 |
| 000005 | Melvin Hicks-wage | $1,313.40 | $1,313.40 |
| 000006 | Marc P. Lewandowski-wage | $1,540.35 | $1,540.35 |
| 000007 | Berrent, Mike-wage | $342.30 | $342.30 |
| 000008 | George Saenz-wage | $844.00 | $844.00 |
| 000022 | David Murkowski-wage | $769.20 | $769.20 |
| 000031 | Julie Murkowski-wage | $769.20 | $769.20 |
| 000032 | Leo Calabrese, Jr.-wage | $520.00 | $520.00 |
| 000033 | Robert Cielenski-wage | $600.00 | $600.00 |
| 000034 | James Murkowski-wage | $600.00 | $600.00 |
| 000010 | Sean Wiggins-wage | $1,223.85 | $1,223.85 |

**Allowed Priority §507(a)(4) Contribution Claims are:**

| 000001B | District Council of Carpenters | $19,145.02 | $8,661.52 |
|---|---|---|---|
| 000009B | Chicago Tile Institute | $30,707.49 | $13,892.57 |
| 000011B | Bricklayers & Towel Trades Internat | $4,610.55 | $2,085.88 |

**Allowed Priority §507(a)(8) Tax Claims are:**

| 000002B | Illinois Department Of Employment S | $2,222.62 | $0.00 |
|---|---|---|---|
| 000037 | Wisconsin Department Of Revenue | $1,692.52 | $0.00 |
| 000038B | Internal Revenue Service | $83,856.87 | $0.00 |
| 000040B | Illinois Department Of Revenue | $7,039.40 | $0.00 |

7. Claims of general unsecured creditors totaling $309,706.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

**Allowed general unsecured claims are as follows:**

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Wisconsin Department Of Revenue | $578.13 | $0.00 |
| 000001A | District Council Of Carpenters | $2,578.23 | $0.00 |
| 000002A | Illinois Department Of Employment S | $180.00 | $0.00 |
| 000009A | Chicago Tile Institute | $3,899.59 | $0.00 |
| 000011A | Bricklayers & Towel Trades Internat | $950.55 | $0.00 |
| 000012 | The Tile Shop | $7,029.35 | $0.00 |
| 000013 | Stone Design | $1,135.89 | $0.00 |
| 000014 | Walter Frytz | $78,000.00 | $0.00 |
| 000015 | Mohawk Factoring | $11,526.49 | $0.00 |
| 000016 | Fasteners Unlimited | $3,157.38 | $0.00 |
| 000017 | All Tile | $57,709.69 | $0.00 |
| 000018 | Impo | $25,094.37 | $0.00 |
| 000019 | Tec Material Handling Corp | $566.05 | $0.00 |
| 000020 | American Int'L | $2,845.72 | $0.00 |
| 000021 | Citibank South Dakota Na | $1,820.99 | $0.00 |
| 000027 | Robert Cielenski | $15,985.00 | $0.00 |
| 000028 | James Murkowski | $7,935.00 | $0.00 |
| 000029 | Emmanuel Egbuna | $11,500.00 | $0.00 |
| 000030 | Stanley Murkowski | $7,475.00 | $0.00 |
| 000035 | David Murkowski | $39,100.00 | $0.00 |
| 000036 | David Murkowski | $16,000.00 | $0.00 |
| 000038A | Internal Revenue Service | $13,736.88 | $0.00 |
| 000040A | Illinois Department Of Revenue | $902.49 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **September 4, 2007**                         For the Court,

                                        By:   **KENNETH S GARDNER**
                                              CLERK OF BANKRUPTCY COURT
                                              KENNETH S. GARDNER

Trustee:        Gina B. Krol
Address:        105 West Madison Street
                Suite 1100
                Chicago, IL  60602-0000
Phone No.:      (312) 368-0300

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                 Date Rcvd: Sep 04, 2007
Case: 04-02925                 Form ID: pdf002              Total Served: 72

The following entities were served by first class mail on Sep 06, 2007.
db          +Inverness Tile, Ltd.,    647 N. Central Ave.,    Suite 104,    Wood Dale, IL 60191-1475
aty         +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
aty         +Joel A Schechter,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1025,
              Chicago, IL 60604-3650
tr          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
7709465      ARC Disposal,    P.O. Box 9001822,    Louisville, KY 40290-1822
7709459     +Acme Brick,    1405 Belvidere St.,    Waukegan, IL 60085-6261
7709460     +Addison Building Materials,    3201 S. Busse Rd.,    Arlington Heights, IL 60005-4699
7709461     +All Tile,    1201 Chase Avenue,    Elk Grove Village, IL 60007-4837
7709462     +Allabastro & Assoc.,    P.O. Box 774,    Lake Forest, IL 60045-0774
7709463     +American Int'l,    850 Pratt Blvd.,    Elk Grove Village, IL 60007-5117
7709464     +American Olean,    805 Mark Street,    Elk Grove Village, IL 60007-6705
7709466     +Berlands,    1530 Center Circle,    Downers Grove, IL 60515-1019
8007054     +Berrent, Mike,    c/o Frank Marco,    Gregorio & Associates,    2 North Lasalle Street Suite 1650,
              Chicago, IL 60602-4035
8064366     +Bricklayers & Towel Trades International Pen Fund,    c/o Frank Marco Gregorio And Assoc,
              2 North Lasalle St Ste 1650,    Chicago IL 60602-4035
7709467     +Caravelle Distributing,    1615 Greenleaf Ave.,    Elk Grove Village, IL 60007-5526
7709468     +Chicago Tile Institute,    c/o Frank Marco,    2 N LaSalle Street Ste 1650,
              Chicago, IL 60602-4035
8664325     +Citibank South Dakota NA,    Assoc Shell Payment Center,    4300 Westown Parkway,
              West Des Moines IA 50266-1266
7709470     +Dal Tile,    1501 Estes Ave.,    Elk Grove Village, IL 60007-5407
7709471     +David Murkowski,    1 S. Victoria Lane,    Streamwood, IL 60107-1519
7709472     +District Council of Carpenters,    12 East Erie Street,    Chicago, IL 60611-2796
7709473     +Emmanuel Egbuna,    5406 Alexandria Ln.,    Carpentersville, IL 60110-3294
7709474     +Fasteners Unlimited,    951 Old Rand Rd., Unit 108,    Wauconda, IL 60084-1289
7709475      Florstar,    1325 Mittel Blvd.,    Elk Grove Village, IL 60007
7709476     +George Saenz,    c/o Frank Marco,    Gregorio & Associates,    2 North Lasalle Street Suite 1650,
              Chicago, IL 60602-4035
7709477     +Home Depot,    P.O. Box 103047,    Roswell, GA 30076-9047
7709478     +Home Pages,    P.O. Box 801,    Dekalb, IL 60115-0801
7709480     +IGM,    1450 Lunt Ave.,    Elk Grove Village, IL 60007-5629
7709485     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
7709479      Ice Mountain,    P.O. Box 52214,    Phoenix, AZ 85072-2214
7709481     +Illini Tile,    1300 Touhy,    Elk Grove, IL 60007-5304
7709482     +Illinois Department of Employment Security,    Bankruptcy Unit - 4th Floor,    33 S State Street,
              Chicago, IL 60603-2802
11020629    +Illinois Department of Revenue,    Bankruptcy Section,    100 W. Randolph St., Suite 7-400,
              Chicago, IL 60601-3218
7709484     +Impo,    18500 N Creek Drive,    Tinley Park IL 60477-6250
7709483     +Internal Revenue Service,    Department of the Treasury,    Bankruptcy Division, Level 7-400,
              100 W. Randolph Street,    Chicago, IL 60601-3218
7709487     +International Trowel Trades,    Local 67,    6425-S Central Ave.,    Chicago, IL 60638-5505
7709486      International Trowel Trades,    Local 67,    P.O. Box 94411,    Chicago, IL 60690-4411
7709488     +James Lapkins,    11725 S. Karlov, Apt. 1A,    Alsip, IL 60803-1634
7709489     +James Murkowski,    4117 N. Mango,    Chicago, IL 60634-1705
7709490     +Jon Henn,    108 B Appletree Ct.,    Yorkville, IL 60560-2135
8771446     +Julie Murkowski,    1 S Vitroria Lane,    Streamwood IL 60107-1519
7709491      Kent Landsberg,    P.O. Box 201319,    Dallas, TX 75320-1319
7709492     +Leo Calabrese, Jr.,    1606 LindenPark Ln.,    Aurora, IL 60504-4843
7709493     +Marc P. Lewandowski,    c/o Frank Marco,    Gregorio & Associates,
              2 North LaSalle Street Ste 1650,    Chicago, Il 60602-4035
7709494     +Melvin Hicks,    c/o Frank Marco,    Gregorio & Associates,    2 North LaSalle Street Ste 1650,
              Chicago, Il 60602-4035
7709495     +Menards,    1775 N. Rand Road,    Palatine, IL 60074-1130
7709496     +Michael Berent,    15645 Lamon,    Oak Forest, IL 60452-3518
7709497     +Mid America,    108 Terrace Drive,    Mundelein, IL 60060-3826
7709498     +Miguel Medina,    2711 N. Marmora,    Chicago, IL 60639-1219
7709499     +Mohawk,    150 E. Crossroads Pkwy, Suite D,    Bolingbrook, IL 60440-3523
8611526      Mohawk Factoring,    POB 1247,    Northbrook, IL 60065-1247
7709500      Nextel,    P.O. Box 1819,    Chicago, IL 60675-1819
8825033     +Pulte Home Coporation,    c/o Gardner Carton & Douglas LLp,    191 North Wacker Drive,    Suite 3700,
              Chicago, Illinois 60606-1615
7709502     +Randy Stelzer,    C/O Frank Marco,    Gregorio & Associates,    2 North Lasalle Street Suite 1650,
              Chicago, IL 60602-4035
7709503     +Robert Cielenski,    722 N. Greenwood Dr.,    Palatine, IL 60074-3847
7709504     +Ronald Toppel,    18400 Exchange,    Lansing, IL 60438-2965
7709505      SBC,    Bill Payment Center,    Chicago, IL 60663-0001
7863967     +Scalambrino & Arnoff,    33 North Lasalle Street,    Suite 1210,    Chicago IL 60602-3416
7709506     +Sean Wiggins,    c/o Frank Marco,    2 N LaSalle Street Ste 1650,    Chicago, IL 60602-4035
7709507      Shell Fleet,    P.O. Box 9016,    Des Moines, IA 50368-9016
7840238     +Short Term Loans LLC,    1400 E Touhy Ave #108,    Des Plaines Il 60018-3338
7709508     +Stanley Murkowski,    5328 N. Oak Park Ave.,    Chicago, IL 60656-2124
7709509     +Stephen Hacker,    205 Dunridge Cir.,    East Dundee, IL 60118-1445
7709510     +Stone Design,    598 Mitchell Rd.,    Glendale Heights, IL 60139-2581
7709511     +Tec Material Handling Corp,    440 Kay Ave.,    Addison, IL 60101-4905
7709512     +The Tile Shop,    14000 Carlson Parkway,    Plymouth, MN 55441-5300
7709513     +Thomas Thoma,    118 Caddy Ave.,    Carpentersville, IL 60110-2235
7709514     +US Cellular,    P.O. Box 0203,    Palatine, IL 60055-0001
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Sep 04, 2007
Case: 04-02925                 Form ID: pdf002          Total Served: 72

7709515      +Vincenzo Taurina,   3329 N. Nottingham,   Chicago, IL 60634-3612
7709516      +Walter Frytz,   695 Shoreline Rd.,   Lake Barrington, IL 60010-7384
7709517      +Wisconsin Department of Revenue,   Attn: Bankruptcy Department,   P.O. Box 8906,
               Madison, WI 53708-8906
The following entities were served by electronic transmission on Sep 05, 2007.
7709469       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                          Com Ed,
               Bill Payment Center,   Chicago, IL 60668-0001
7709501       E-mail/Text: bankrup@nicor.com                               Nicor Gas,   P.O. Box 2020,
               Aurora, IL 60507-2020
7709514      +Fax: 866-419-3894 Sep 05 2007 05:50:39     US Cellular,   P.O. Box 0203,
               Palatine, IL 60055-0001
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 06, 2007**            **Signature:**   *Joseph Speetjens*