Case 04-02925   Doc 72-1   Filed 08/13/08   Entered 08/13/08 15:14:48   Desc Exhibit
04-02925:58.1:Application for Compensation:Proposed Order   Page 1 of 1
Order Approving Trustees Fees   Order Entered: 5/22/2007 1:01:18 PM by:Gina Krol Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| INVERNESS TILE LTD | ) | |
| | ) | Case No. 04-02925-SQU |
| Debtor(s). | ) | |
| | ) | Hon. JOHN H. SQUIRES |

## Order Awarding Trustee Compensation And Expenses

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

1. Trustee's compensation        $6,930.64
2. Trustee's expenses            $0.00

           TOTAL                 $6,930.64

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _5th_ day of _October 2007_

ENTERED: _____[signature]_____
UNITED STATES BANKRUPTCY JUDGE